In the Matter of H. DUNHAM HUNT, Respondent, v. JOHN CARUSONE et al., Constituting the Zoning Board of Appeals of the City of Saratoga Springs, Appellants. JACOB S. FEYNMAN, Intervenor Appellant.— *Per Curiam.*

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum *Per Curiam*.